# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NIKOLAS TZANIS,<br><br>　　　　Defendant. | Case No.  2:11-cr-00308-FLA<br><br>**ORDER OF DETENTION** |

　　　On July 19, 2021, Defendant Nikolas Tzanis made his initial appearance on the Indictment filed in this matter.  Defendant is represented by retained counsel Alan Eisner.  Defendant submitted on the detention recommendation in the Pretrial Services Report.

　　　☒　　On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

    ☒ the appearance of the defendant as required.

    ☒ the safety of any person or the community.

The Court has considered the following:

    (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

    (b) the weight of evidence against the defendant;

    (c) the history and characteristics of the defendant; and

    (d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

    ☒ Defendant holds dual citizenship in Greece and Canada and possesses passports for those countries;

☒ Defendant does not have legal status in the United States, and his greed card expired in 2012;

☒ Defendant has extensive foreign travel to Canada, Mexico and Europe;

☒ Upon notification of the pending Indictment in this matter, Defendant fled to Greece, via Canada. Greece does not extradite its citizens, and the United States was unable to seek extradition of Defendant until his arrest in the United Kingdom in April 2021;

☒ When Defendant fled to Greece, via Canada, he violated his probation in a narcotics case;

☒ Defendant has been living in the United Kingdom for the past ten years.

As to danger to the community:

☒ Defendant is charged with receipt and possession of child pornography;

☒ In conversations with an undercover FBI agent, Defendant admitted to having child pornography with children as young as 3 years old, and the videos seized in this matter showed children as young as 6 years old;

☒ Defendant has an active warrant, dated January 13, 2011, for violation of Probation;

☒ Defendant has a prior felony conviction for possession and purchase for sale of narcotic controlled substances.

It is therefore ORDERED that Defendant Nikolas Tzanis be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the

United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: July 19 , 2021

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE